IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD ZOCHLINSKI

    Plaintiff,                        No. CIV S-08-0024 LEW KJM PS

  vs.

THE UNIVERSITY OF CALIFORNIA, et al.,

    Defendants.                 <u>ORDER</u>

/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Calendared for hearing on February 13, 2008 is defendant's motion to dismiss and joinders therein. No opposition to the motion has been filed.

        Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. The hearing date of February 13, 2008 is vacated. Hearing on defendant's
3 | motion is continued to March 12, 2008 at 10:00 a.m. in courtroom no. 26.
4 | 2. Plaintiff shall file opposition, if any, to the motion no later than February 27,
5 | 2008. Failure to file opposition and appear at the hearing will be deemed as a statement of non-
6 | opposition and shall result in a recommendation that this action be dismissed pursuant to Federal
7 | Rule of Civil Procedure 41(b).
8 | DATED: January 31, 2008.

_____
U.S. MAGISTRATE JUDGE

006
zochlinski.nop

2