UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ZOCHLINSKI, | No. 2:08-cv-0024 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| UNIVERSITY OF CALIFORNIA BOARD OF REGENTS, et al., | |
| Defendants. | |

This action was stayed on March 26, 2008 and defendants were directed to advise the court when the state mandamus proceedings were completed. The court was so advised and plaintiff was directed to show cause why this action should not be dismissed as moot. Plaintiff has responded to the order to show cause and requested that the stay be reinstated. Defendants have filed opposition.

This action was originally stayed under the Pullman abstention doctrine. In the state court proceedings, the question of whether plaintiff has a vested property interest in enrollment at the University of California, Davis has been decided adversely to plaintiff. There is no basis under the circumstances presented here for continuation of the stay.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to have the stay maintained in effect (ECF No. 33) is denied.

1

1    2. No later than July 24, 2013, defendants shall submit copies of the following:

2    a. The Superior Court of California decision on plaintiff's mandamus action, dated March 29, 2010.

4    b. The Court of Appeal of California denial of the appeal of the Superior Court's decision on the mandamus action, dated January 10, 2013.

6    c. The California Supreme Court denial of plaintiff's petition for review, dated May 1, 2013.

8    3. The matter shall thereafter stand submitted.

Dated:  July 16, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 zochlinski.stay