1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HOWARD ZOCHLINSKI,                      No.  2:08-cv-0024 TLN CKD PS

12           Plaintiff,

13        v.                                 ORDER

14   UNIVERSITY OF CALIFORNIA
     BOARD OF REGENTS, et al.,
15
             Defendants.
16

17

18          Plaintiff has requested an extension of time to file objections to the findings and

19   recommendations filed July 18, 2013.  Despite plaintiff's claim that he could not file timely

20   objections, plaintiff filed objections on August 1, 2013 but protested that he needed more time to

21   provide substantive objections.  Accordingly, IT IS HEREBY ORDERED that further objections,

22   if any, to the findings and recommendations shall be filed no later than August 16, 2013.  No

23   further extensions will be granted.

24   Dated:  August 8, 2013

25                                           _____
                                             CAROLYN K. DELANEY
26                                           UNITED STATES MAGISTRATE JUDGE

27

28   4 zochlinski.eot

1