UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD ZOCHLINSKI, | No. 2:08-cv-0024 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| UNIVERSITY OF CALIFORNIA BOARD OF REGENTS, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file objections to the findings and recommendations filed July 18, 2013.  Despite plaintiff's claim that he could not file timely objections, plaintiff filed objections on August 1, 2013 but protested that he needed more time to provide substantive objections.  Accordingly, IT IS HEREBY ORDERED that further objections, if any, to the findings and recommendations shall be filed no later than August 16, 2013.  No further extensions will be granted.

Dated:  August 8, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 zochlinski.eot

1